**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Judge Christopher M. Alston
Chapter 7

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>**WEBB, THOMAS COURTNEY**<br><br>Debtor(s). | No. **17-15395-CMA**<br><br>**EX PARTE ORDER AUTHORIZING EMPLOYMENT OF RICH KIM AND LUMIN BROKERS AS REAL ESTATE AGENTS FOR THE TRUSTEE** |

THIS MATTER, having come on for hearing *ex parte* before Judge Christopher M. Alston and it appearing that no notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of Rich Kim and Lumin Brokers as real estate agents to sell real property of the estate is in the best interest of the estate and this case is one justifying employment of Rich Kim and Lumin Brokers, it is hereby

ORDERED that the Trustee be and hereby is authorized to employ Rich Kim and Lumin Brokers pursuant to 11 U.S.C. §327 & §330, as real estate agents for the Trustee in the matter described above and under the terms and conditions more fully set forth in the Trustee's *ex parte* application as of the date this

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Case 17-15395-CMA    Doc 15    Filed 02/09/18    Ent. 02/09/18 15:39:08    Pg. 1 of 2

**Below is the Order of the Court.**

application and order are submitted to the office of the United States Trustee, with all compensation and the negotiation fee subject to court approval after notice and a hearing.

/// **End of Order** ///

Presented by:

WOOD & JONES, P.S.

*/s/ Edmund Wood*
Edmund J. Wood, WSBA #03695
Trustee

Kim - Ord to Hire

ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2